*IT IS SO ORDERED*
*Judge Susan Illston*

1  Nicholas P. Roxborough, Esq. (SBN 113540)
   npr@rpnalaw.com
2  Burton E. Falk, Esq. (SBN 100644)
   bef@rpnalaw.com
3  Charles R. Rondeau (SBN 164136)
   crr@rpnalaw.com
4  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5  5820 Canoga Ave., Ste. 250
   Woodland Hills, CA 91367
6  Tel: (818) 992-9999
   Fax: (818) 992-9991
7
8  Attorneys for Defendant
   RECOLOGY, INC., f/k/a
9  NORCAL WASTE SYSTEMS, INC.

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13  CONTINENTAL CASUALTY              CASE NO. Case No. 15-cv-03969-SI (SI)
    COMPANY, an Illinois corporation,
14                                     [Complaint filed on August 31, 2015]
15                Plaintiff,           **STIPULATION TO FURTHER**
16                                     **EXTEND TIME TO RESPOND TO**
         vs.                           **INITIAL COMPLAINT (L.R. 6-1)**
17
18  RECOLOGY, INC., f/k/a NORCAL       Complaint served: September 2, 2015
    WASTE SYSTEMS, INC., a California
19  corporation,                       Current response date: October 7, 2015
20                Defendants.          New response date: October 23, 2015
21
22  _____

23  TO THE COURT, ALL APPEARING PARTIES AND THEIR RESPECTIVE
24  ATTORNEYS OF RECORD:
25       WHEREAS Defendant Recology, Inc., f/k/a Norcal Waste Systems, Inc.
26  ("Defendant"), was named as a Defendant and was served with the Summons and
27  Complaint in the above-captioned action on September 2, 2015;
28

                                        1
    STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1      WHEREAS the parties had previously agreed to an extension of time for
2  Defendant to respond to the Complaint through and including October 7, 2015;

3      WHEREAS, since that time, the parties have agreed to an informal exchange
4  of information and documents to allow Defendant to accurately and completely
5  respond to the Complaint, and the parties to continue to work toward defining the
6  scope of the exchange and gathering responsive material;

7      WHEREAS the parties wish to continue efforts for an early disposition
8  of this matter;

9      WHEREAS the parties have been diligent in agreeing to a further extension of
10 Defendant's time to respond to the Complaint;

11     WHEREAS the parties have agreed to allow the stipulating Defendant until
12 October 23, 2015 to respond to the Complaint; and

13     WHEREAS counsel for the Plaintiff and Defendant are duly authorized by
14 their clients to enter into this Stipulation;

15     NOW, THEREFORE, IT IS HEREBY STIPULATED that Defendant
16 Recology, Inc., f/k/a Norcal Waste Systems, Inc., shall have a further extension of
17 time to respond to the Complaint through and including October 23, 2015.

DATED: October 5, 2015     ROXBOROUGH, POMERANCE, NYE &
    ADREANI, LLP

By: _/s/ Burton E. Falk_
    NICHOLAS P. ROXBOROUGH
    BURTON E. FALK
    CHARLES R. RONDEAU
Attorneys for Defendant
RECOLOGY, INC., Vida
NORCAL WASTE SYSTEMS, INC.

DATED: October 5, 2015     CARROLL, BURDICK & McDONOUGH

By: _/s/ Geoffrey David Godwin_
    GEOFFREY DAVID GOD WIN
Attorneys for Plaintiff
CONTINENTAL CASUALTY
COMPANY, an Illinois corporation