1  Nicholas P. Roxborough, Esq. (SBN 113540)
   npr@rpnalaw.com
2  Burton E. Falk, Esq. (SBN 100644)
   bef@rpnalaw.com
3  Charles R. Rondeau (SBN 164136)
   crr@rpnalaw.com
4  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
   5820 Canoga Ave., Ste. 250
5  Woodland Hills, CA91367
   Tel: (818) 992-9999
6  Fax: (818) 992-9991

7  Attorneys for Defendant
   RECOLOGY, INC., f/k/a
8  NORCAL WASTE SYSTEMS, INC.

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 CONTINENTAL CASUALTY COMPANY, an Illinois corporation, | CASE NO. 3:15-cv-03969-SI |
| 14 | Complaint filed on August 31, 2015 |
| 15        Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULES 16-2(e) AND 7-12; [~~PROPOSED~~] ORDER THEREON** |
| 16    vs. | |
| 17 RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California | |
| 18 corporation, | |
| 19        Defendants. | CURRENT Hearing Date: December 4, 2015 |
| 20 | Time:         2:30 p.m. Courtroom:    10 |
| 21 | |
| 22 | NEW Hearing Date: December 18, 2015 Time:         2:30 p.m. |
| 23 | Courtroom:    10 |

24

25  / / /

26  / / /

27  / / /

28  / / /

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

1    TO THE COURT, ALL INTERESTED PARTIES AND THEIR COUNSEL

2  OF RECORD:

3    WHEREAS, the original Case Management Conference ("CMC") was set by

4  the Court for Friday, December 4, 2015 at 2:30 p.m.;

5    WHEREAS, Defendant Recology, Inc., f/k/a Norcal Waste Systems, Inc.'s

6  ("Defendant") lead trial counsel Nick Roxborough recently discovered that he would

7  be out of town on December 4, 2015 for business-related purposes for a meeting that

8  could not be rescheduled;

9    WHEREAS, Plaintiff Continental Casualty Company's ("Plaintiff") lead trial

10  counsel G. David Godwin is unavailable on December 11, 2015;

11    WHEREAS, the first date upon which both parties' lead trial counsel will be

12  available is therefore December 18, 2015;

13    WHEREAS, the parties are already engaging in an informal exchange of

14  documents in preparation for a proposed early mediation date, and good cause exists

15  for the requested continuance of the CMC; and

16    WHEREAS, Defendant's counsel checked Judge Illston's online calendar and

17  did not find any conflict or unavailability for the Court on December 18, 2015.

18    NOW, THEREFORE, IT IS HEREBY STIPULATED that the CMC shall be

19  continued from December 4, 2015 to December 18, 2015 at 2:30 p.m.

20

21  DATED:  October 19, 2015

22                              RESPECTFULLY SUBMITTED,

23                              ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

24

25    By:  /s/ Burton E. Falk
                        NICHOLAS P. ROXBOROUGH
                        BURTON E. FALK
26                      CHARLES R. RONDEAU
                        Attorneys for Defendant RECOLOGY, INC.,
27                      f/k/a NORCAL WASTE SYSTEMS, INC.

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
THEREON

1   CARROLL, BURDICK & McDONOUGH

2

3   By:  */s/ Geoffrey David Godwin*
          GEOFFREY DAVID GODWIN
          Attorneys for Plaintiff
4         CONTINENTAL CASUALTY COMPANY,
          an Illinois corporation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATE:  10/20/15

4                              By: _____
                                    THE HONORABLE SUSAN ILLSTON
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**