G. David Godwin, Bar No. 148272
  dgodwin@cbmlaw.com
Megan C. Hamilton, Bar No. 271174
  mhamilton@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, California 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932

Edward J. Tafe, Bar No. 175888
  edward.tafe@cna.com
**ELENIUS FROST & WALSH**
Attorneys at Law
555 Mission Street, Suite 330
San Francisco, California 94105
Telephone:    415.932.7575
Facsimile:    415.932.7001

Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>RECOLOGY INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation,<br><br>             Defendant. | Case No. 3:15-cv-03969-SI<br><br>STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L. R. 6-1) / ALLOW FOR SUBMISSION OF STIPULATION FOR AMENDMENT OF COMPLAINT<br><br>THE HON. SUSAN ILLSTON<br><br>Complaint Filed:      August 31, 2015<br>Complaint Served:   September 2, 2015<br>Current Resp. Date:  October 23, 2015<br>New Resp. Date:     November 13, 2015<br>Trial Date:              None Set |

**TO THE COURT, ALL APPEARING PARTIES, AND ALL ATTORNEYS OF RECORD:**

WHEREAS, Plaintiff Continental Casualty Company "Plaintiff" filed the Complaint against Defendant Recology, Inc., f/k/a Norcal Waste Systems, Inc. ("Defendant"), on August 31, 2015;

WHEREAS, Defendant was served with the Summons and Complaint in the above-captioned action on September 2, 2015;

WHEREAS, the Parties have previously agreed to extensions of time for Defendant to respond to the Complaint through and including October 23, 2015;

WHEREAS, the Parties have also agreed to an informal exchange of information and documents to allow Defendant to accurately and completely respond to the Complaint, and the Parties to continue working toward defining the scope of the exchange and gathering responsive material;

WHEREAS, pursuant to Guideline for Professional Conduct 10, on October 16, 2015, the Parties met and conferred regarding Defendant's challenges to the allegations in the Complaint and Defendant requested, among other things, that Plaintiff amend the complaint to clarify and separate some of the allegations relating to the worker's compensation claim of Miguel Alvarez and the worker's compensation claim of Abelardo Casas;

WHEREAS, the Parties have agreed that Plaintiff will seek leave of Court to file a First Amended Complaint pursuant to stipulation;

WHEREAS, the Parties have further agreed that Defendant shall give Plaintiff sufficient time to amend the Complaint and the Parties contemplate submitting a stipulation and proposed order to the Court to file the First Amended Complaint in the immediate future;

WHEREAS, the Parties wish to continue efforts for an early disposition of this matter;

WHEREAS, the Parties have been diligent in agreeing to a further extension of Defendant's time to respond to the Complaint;

WHEREAS, the Parties have agreed to allow Defendant until November 13, 2015 to respond to the Complaint and that prior to this date the Parties will submit a stipulation and proposed order to file the First Amended Complaint; and

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-IPG\SF667573-1

Case No. 3:15-cv-03969-SI
STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

WHEREAS, counsel for the Parties are duly authorized by their clients to enter into the immediate Stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED that Defendant Recology, Inc., f/k/a Norcal Waste Systems, Inc., shall have a further extension of time to respond to the Complaint through and including November 13, 2015.

Dated: October 21, 2015          CARROLL, BURDICK & McDONOUGH LLP

By  */s/ Geoffrey David Godwin*
    G. David Godwin
    Attorneys for Plaintiff
    CONTINENTAL CASUALTY COMPANY

Dated: October 21, 2015          ROXBOROUGH, POMERANCE, NYE
    & ADREANI, LLP

By  */s/Charles R. Rondeau*
    Charles R. Rondeau
    Attorneys for Defendant
    RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC.