UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RECOLOGY INC.,<br><br>　　　　　Defendants. | Case No.  15-cv-03969-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 29, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 16, 2016.

DESIGNATION OF EXPERTS: 2/24/17; REBUTTAL: 3/13/17;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 31, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 21, 2017;
　　Opp. Due: May 15, 2017; Reply Due: May 12, 2017;
　　and set for hearing no later than May 26, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 11, 2017 at 3:30 PM.

JURY TRIAL DATE: July 24, 2017 at 8:30 AM.
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation on 3/8/16.  Initial disclosures shall be produced after the mediation has occurred.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 12/21/15

_____
SUSAN ILLSTON
United States District Judge