1 | Kenderton S. Lynch (Bar No. 90604)
Stephanie L. Krafchak (Bar No. 113865)
2 | KRAFCHAK & LYNCH
2029 Century Park East, Suite 900
3 | Los Angeles, CA 90067
Telephone: 310.772.0034
4 | Facsimile:  310.772.0121
Email: kenlynchlawyer@aol.com

Attorneys for Ed Fleming Company dba
Fleming & Associates

*GRANTED*
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation, | CASE NO. 3:15-cv-03969-SI |
| Plaintiff, | STIPULATION TO CONTINUE RESPONSE DATE TO THIRD PARTY COMPLAINT (Local Rule 6-1) |
| v. | THE HON. SUSAN ILLSTON |
| RECOLOGY, INC f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation | Third Party Complaint Filed:   11-30-2015<br>Third Party Complaint Served: 12-02-2015 |
| Defendant. | Current Response Date:   12-23-2015<br>New Response Date:        01-15-2016<br>Trial Date:                         07-24-2017 |
| RECOLOGY, INC. f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation | |
| Third Party Plaintiff, v. | |
| FLEMING & ASSOCIATES, a business entity of unknown form, a/k/a ED FLEMING COMPANY a California corporation, et al | |
| Third Party Defendants | |

TO THE HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT COURT JUDGE; AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Ed Fleming Company, Inc. d/b/a Fleming & Associates, Third Party Defendant in the above-captioned case, and Third Party Plaintiff Recology, Inc f/k/a NorCal Waste Systems, Inc., by and

STIP2CONTINUERESPONSEDATE/PLD/FLEMING/KSL          1

STIPULATION TO CONTINUE RESPONSE DATE TO THIRD PARTY COMPLAINT

through their respective counsel hereby stipulate as follows:

**RECITALS**

1. WHEREAS, Plaintiff Recology, Inc. f/k/a/ Norcal Waste Systems, Inc., a California corporation filed its Third Party Complaint, in Case No. 3:15-cv-03969 on November 30, 2015 and named Ed Fleming Company d/b/a Fleming & Associates ("Fleming") as a Third Party Defendant.

2. WHEREAS, on December 2, 2015, Fleming was served by personally serving Fleming's agent for service of process.

3. WHEREAS, by virtue of the December 2, 2015 personal service, Fleming's response to the Third Party Complaint is due on December 23, 2015.

4. WHEREAS, in anticipation of being retained by Fleming to represent it, on December 21, 2015, Kenderton S. Lynch of Krafchak & Lynch contacted Third Party Plaintiff's counsel, Charles R. Rondeau, and requested an extension of time to respond to the Third Party Complaint.

5. WHEREAS, on December 21, 2015 Charles R. Rondeau agreed to an extension of time to respond to the Third Party Complaint.

6. WHEREAS, on December 22, 2015 Fleming retained Krafchak & Lynch to represent it.

7. WHEREAS, Krafchak & Lynch has had insufficient time to prepare a meaningful response to the Third Party Complaint and the Parties through their respect counsel have agreed to an extension of time to respond to the Third Party Complaint.

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

**STIPULATION**

1. The response time for Fleming to respond to the Third Party Complaint is hereby extended to January 15, 2016.

2. This Stipulation may be executed in counterparts, which shall be considered together as a single document. Furthermore, this Stipulation may be executed by facsimile copy or PDF, and

///

///

///

facsimile or PDF signatures will be treated as original signatures.

**IT IS SO STIPULATED**

Dated: December 22, 2015                     ROXBOROUGH, POMERANCE, NYE &
                                             ADRENANI, LLP


                                             /s/ Charles R. Rondeau
                                             By: Charles R. Rondeau or Burton Falk
                                             Attorneys for Recology, Inc. f/k/a Noral Waste
                                             Systems, Inc.



Dated: December 22, 2015                     KRAFCHAK & LYNCH


                                             /s/ Kenderton S. Lynch
                                             By: Kenderton S. Lynch
                                             Attorneys for Ed Fleming Company, Inc. dba
                                             Fleming & Associates.