**GRANTED**

Judge Susan Illston

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JUSTINE M. CASEY, Cal. Bar No. 143243
DAVID DWORSKY, Cal. Bar No. 272167
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130
Email:    jcasey@sheppardmullin.com
    ddworsky@sheppardmullin.com

Attorneys for Third-Party Defendant
Specialty Risk Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation,<br><br>    Defendant. | Case No. 3:15-cv-03969-SI<br><br>**STIPULATION TO EXTEND SPECIALTY RISK SERVICES LLC'S TIME TO RESPOND**<br><br>**[Local Rule 6-1(a)]** |
| RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>FLEMING & ASSOCIATES, a business entity of unknown form, a/k/a ED FLEMING COMPANY, a California Corporation; SPECIALTY RISK SERVICES, LLC, a Delaware limited liability company; JT2 INTEGRATED RESOURCES, a California corporation; and DOES 1 through 50, inclusive,<br><br>    Third-Party Defendants. | Third-Party Complaint: 11/30/2015<br>Original Response Date: 12/23/2015<br>New Response Date:  01/08/2016 |

1    TO THE HONORABLE COURT:

2    Third-party Plaintiff Recology, Inc., f/k/a Norcal Waste System, Inc. ("Recology"),
3  by and through its attorneys, and third-party defendant Specialty Risk Services, LLC ("SRS"), by
4  and through its attorneys, enter into the following stipulation to extend the time for SRS to
5  respond to Recology's Third-Party Complaint by sixteen (16) days, pursuant to Northern District
6  of California Local Rule 6-1(a).

7

8  **I.   RECITALS.**

9    WHEREAS:

10   1.   On November 31, 2015, Recology filed its Third-Party Complaint (the
11  "Third-Party Complaint") in this matter against third-party defendant SRS, among others.

12   2.   Recology served SRS with the Summons and Third-Party Complaint on
13  December 2, 2015, and SRS' responsive pleading to the Third-Party Complaint is due no later than
14  December 23, 2015.

15   3.   Recology and SRS have not entered into any prior stipulations extending
16  SRS' time to respond to Recology's Third-Party Complaint, and the Stipulation below does not
17  alter the date of any event or deadline already fixed by Court order.

18   4.   This Stipulation is being promptly filed pursuant to Local Rule 5 and Local
19  Rule 6-1(a).

20

21  **II.  STIPULATION.**

22   Therefore, Recology, by and through its attorneys of record, and SRS, by and
23  through its attorneys of record, hereby stipulate that:

24   SRS' responsive pleading to Recology's Third-Party Complaint shall be extended a
25  total of days (16) days from December 23, 1015 to January 8, 2016.

26

27

28

1  Dated: December 23, 2015

2                               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                               By          */s/ Justine M. Casey*
                                            JUSTINE M. CASEY
5                                           DAVID DWORSKY

6                               Attorneys for Third-Party Defendant
                                Specialty Risk Services, LLC
7

8  Dated: December 23, 2015

9                               ROXBOROUGH, POMERANCE, NYE & ADREANI

10

11                              By          */s/ Nicholas Roxborough*
                                            NICHOLAS ROXBOROUGH
12
                                Attorneys for Third-Party Plaintiff Recology, Inc.,
13                              f/k/a Norcal Waste System, Inc.