1  Nicholas P. Roxborough, Esq. (SBN 113540)
   npr@rpnalaw.com
2  Burton E. Falk, Esq. (SBN 100644)
   bef@rpnalaw.com
3  Charles R. Rondeau (SBN 164136)
   crr@rpnalaw.com
4  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
   5820 Canoga Ave., Ste. 250
5  Woodland Hills, CA 91367
   Tel: (818) 992-9999
6  Fax: (818) 992-9991

7  Attorneys for Defendant and Third-Party Plaintiff
   RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 3:15-cv-03969-SI<br><br>Complaint filed on August 31, 2015<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RECOLOGY, INC.'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE HEARING TIMES** |
| RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　vs.<br><br>FLEMING & ASSOCIATES, a business entity of unknown form, a/k/a ED FLEMING COMPANY, a California corporation; SPECIALTY RISK SERVICES, LLC, a Delaware limited liability company; JT2 INTEGRATED RESOURCES, a California corporation; and DOES 1 through 50, inclusive.<br><br>　　　　　Third-Party Defendants. | MOTION TO DISMISS<br>DATE:　　　January 29, 2016<br>TIME:　10:00 ~~9:00~~ a.m.<br>CRTRM:　10<br><br>CASE MANAGEMENT CONFERENCE<br>DATE:　　　January 29, 2016<br>TIME:　　　3:00 p.m.<br>CRTRM:　10<br><br>PROPOSED COMBINED HEARING TIME:<br>DATE:　　　January 29, 2016<br>TIME:　10:00 ~~3:00 a.m.~~<br>CRTRM:　10<br><br>Complaint Filed:　August 31, 2015<br>Trial Date:　July 24, 2017 |

---

**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RECOLOGY, INC.'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE HEARING TIMES**

| | |
|---|---|
| 1 | JT2 INTEGRATED RESOURCES, a California corporation, |
| 2 | |
| | Counter-Claimant, |
| 3 | vs. |
| 4 | RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California |
| 5 | corporation; FLEMING & ASSOCIATES, a business entity of unknown form, a/k/a |
| 6 | ED FLEMING COMPANY, a California corporation; SPECIALTY RISK |
| 7 | SERVICES, LLC, a Delaware limited liability company, |
| 8 | |
| | Counter-Defendants. |
| 9 | |

TO THE COURT, ALL APPEARING PARTIES, AND ALL ATTORNEYS OF RECORD:

WHEREAS, Plaintiff Continental Casualty Company ("Plaintiff") filed a complaint against Defendant Recology, Inc., f/k/a Norcal Waste Systems, Inc. ("Defendant"), in this action on August 31, 2015;

WHEREAS, Defendant's Motion to Dismiss is currently set for <u>9:00 a.m.</u> on January 29, 2016;

WHEREAS, a further Case Management Conference is currently set for <u>3:00 p.m.</u> on January 29, 2016;

WHEREAS, the Court indicated at the CMC on December 18, 2015 that the further CMC was being set for January 29, 2016 for the convenience of the parties because Defendant's Motion to Dismiss was already set for that day; and

WHEREAS, Plaintiff and Defendant would like to combine the hearing on the Motion to Dismiss and the CMC at <u>3:00 p.m.</u> to avoid the necessity of two separate appearances six hours apart.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the hearing on Defendant's Motion to Dismiss and the Case Management Conference should both be

1  heard at 3:00 p.m. on January 29, 2016.

2

3  Dated: January 4, 2016         ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP

4

5

6                                 By: */s/ Burton E. Falk*
                                       NICHOLAS P. ROXBOROUGH
7                                      BURTON E. FALK
                                       CHARLES R. RONDEAU
8                                  Attorneys for Defendant and Third-Party Plaintiff
                                   RECOLOGY, INC., f/k/a NORCAL WASTE
9                                  SYSTEMS, INC.

10

11 Dated: January 4, 2016         CARROLL, BURDICK & McDONOUGH LLP

12

13

14                                By: */s/ Geoffrey David Godwin*
                                       G. DAVID GODWIN
                                       MEGAN C. HAMILTON
15                                 Attorneys for Plaintiff
                                   CONTINENTAL CASUALTY COMPANY

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **[PROPOSED] ORDER** *(PROPOSED struck through)*

3  Based on the written stipulation of the parties, the hearing on Defendant's Motion to Dismiss and the Case Management Conference will both be heard at ~~3:00 p.m.~~ 10:00 a.m. on January 29, 2016.

IT IS SO ORDERED.

DATED: 1/6/16                    _____
                                 *(signature: Susan Illston)*
                                 The Honorable Susan Illston
                                 United States District Judge