UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>        Plaintiffs,<br><br>  v.<br><br>RECOLOGY INC.,<br><br>        Defendants. | Case No.  15-cv-03969-SI  (SI)<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER**<br>**(CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  February 14, 2017.

DESIGNATION OF EXPERTS: 4/25/17; REBUTTAL: 5/12/17;
       Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 30, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 20, 2017;
       Opp. Due: July 14, 2017; Reply Due: July 21, 2017;
       and set for hearing no later than  August 4, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 12, 2017, 2017 at 3:30 PM.

JURY TRIAL DATE: September 25, 2017 at 8:30 AM.
       Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall file a notice indicating that no amended complaint re: 7th and 8th causes of action will be filed.  Defendant shall file its response to the complaint by February 12, 2016.  Private mediation shall occur on May 6, 2016.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 1/29/16

_____
SUSAN ILLSTON
United States District Judge