1  Nicholas P. Roxborough, Esq. (SBN 113540)
   npr@rpnalaw.com
2  Burton E. Falk, Esq. (SBN 100644)
   bef@rpnalaw.com
3  Charles R. Rondeau (SBN 164136)
   crr@rpnalaw.com
4  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
   5820 Canoga Ave., Ste. 250
5  Woodland Hills, CA 91367
   Tel: (818) 992-9999
6  Fax: (818) 992-9991

7  Attorneys for Defendant, Third-Party Plaintiff, and Counter-Defendant,
   Recology, Inc., f/k/a Norcal Waste Systems, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation,<br><br>    Defendant.<br><br>RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>FLEMING & ASSOCIATES, a business entity of unknown form, a/k/a ED FLEMING COMPANY, a California corporation; et al.,<br><br>    Third-Party Defendants.<br><br>JT2 INTEGRATED RESOURCES, a California corporation,<br><br>    Counter-Claimant, | CASE NO. 3:15-cv-03969-SI<br><br>Complaint filed on August 31, 2015<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION ADDING ADDITIONAL PARTIES TO THE STIPULATED PROTECTIVE ORDER<br><br>Complaint Filed: August 31, 2015<br>Trial Date: July 24, 2017 |

1

|    |    |
|----|----|
| 1  | vs. )|
| 2  | RECOLOGY, INC., f/k/a NORCAL ) |
|    | WASTE SYSTEMS, INC., a California ) |
| 3  | corporation; et al., ) |
| 4  |        Counter-Defendants. ) |
| 5  | ) |
| 6  | ED FLEMING COMPANY, a California ) |
|    | corporation, ) |
| 7  | ) |
|    |        Counter-Claimant, ) |
| 8  | vs. ) |
| 9  | RECOLOGY, INC. f/k/a NORCAL ) |
|    | WASTE SYSTEMS, INC., a California ) |
| 10 | corporation; et al., ) |
| 11 |        Counter-Defendants. ) |

    (1) Plaintiff Continental Casualty Company, (2) Recology, Inc., f/k/a Norcal Waste Systems, Inc. (Defendant, Third-Party Plaintiff, and Counter-Defendant), (3) Fleming & Associates a/k/a Ed Fleming Company (Third-Party Defendant, Counter- Defendant and Counter-Claimant), (4) Specialty Risk Services, LLC (Third-Party Defendant and Counter-Defendant), and (5) JT2 Integrated Resources (Third-Party Defendant, Counter-Claimant and Counter-Defendant) (collectively herein, "the Parties") herby submit this stipulation to amend the Stipulated Protective Order; Order Thereon ("Protective Order") entered by the Court on October 20, 2015 as Docket No. 19, to include and bind the all the Parties to the protections provided therein.

/ / /
/ / /
/ / /
/ / /
/ / /

The Protective Order, originally agreed upon by Continental Casualty Company and Recology, Inc., f/k/a Norcal Waste Systems, Inc., shall now incorporate and bind all of the below-signed Parties to all of the provisions as set forth therein.

Dated: January 29, 2016         ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP


By: */s/ Burton E. Falk*
    NICHOLAS P. ROXBOROUGH
    BURTON E. FALK
    CHARLES R. RONDEAU
Attorneys for Defendant, Third-Party Plaintiff, and Counter-Defendant, RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC.

Dated: January 29, 2016         CARROLL, BURDICK & McDONOUGH LLP


By: */s/ G. David Godwin*
    G. DAVID GODWIN
    MEGAN C. HAMILTON
Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

Dated: January ___, 2016        MELINDA GUZMAN PROFESSIONAL CORPORATION


By: _____
    MELINDA GUZMAN
Attorneys for Third-Party Defendant, Counter-Claimant and Counter-Defendant JT2 INTEGRATED RESOURCES

/ / /
/ / /
/ / /

3

[PROPOSED] ORDER APPROVING STIPULATION ADDING ADDITIONAL PARTIES TO THE STIPULATED PROTECTIVE ORDER

| | |
|---|---|
| 1 | The Protective Order, originally agreed upon by Continental Casualty |
| 2 | Company and Recology, Inc., f/k/a Norcal Waste Systems, Inc., shall now |
| 3 | incorporate and bind all of the below-signed Parties to all of the provisions as set |
| 4 | forth therein. |

Dated: January __, 2016        ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP


By:  /s/ Burton E. Falk
     NICHOLAS P. ROXBOROUGH
     BURTON E. FALK
     CHARLES R. RONDEAU
Attorneys for Defendant, Third-Party Plaintiff, and Counter-Defendant, RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC.

Dated: January __, 2016        CARROLL, BURDICK & McDONOUGH LLP


By: _____
    G. DAVID GODWIN
    MEGAN C. HAMILTON
Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

Dated: January 27, 2016        MELINDA GUZMAN PROFESSIONAL CORPORATION


By: _____
    MELINDA GUZMAN
Attorneys for Third-Party Defendant, Counter-Claimant and Counter-Defendant JT2 INTEGRATED RESOURCES

///
///
///

| | | |
|---|---|---|
| 1 | Dated: January 29, 2016 | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |

By: /s/ Justine M. Casey
JUSTINE M. CASEY
DAVID E. DWORSKY
Attorneys for Third-Party Defendant and Counter-Defendant, SPECIALTY RISK SERVICES, LLC

Dated: January 27, 2016     KRAFCHAK & LYNCH

By: /s/ Kenderton S. Lynch
KENDERTON S. LYNCH
STEPHANIE L. KRAFCHAK
Attorneys for Third-Party Defendant, Counter-Defendant and Counter-Claimant
ED FLEMING COMPANY dba FLEMING & ASSOCIATES

1  **PURSUANT TO STIPULATION, IT IS ORDERED** that the Protective
2  Order entered on October 20, 2015 [Dkt. No. 19] shall bind the above-signed parties.
3
4
5
6  DATED: 2/2/16
7                                      _____
                                       The Honorable Susan Illston
8                                      United States District Judge