1  Nicholas P. Roxborough, Esq. (SBN 113540)
   npr@rpnalaw.com
2  Burton E. Falk, Esq. (SBN 100644)
   bef@rpnalaw.com
3  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
   5820 Canoga Ave., Ste. 250
4  Woodland Hills, CA 91367
   Tel: (818) 992-9999
5  Fax: (818) 992-9991

6  Attorneys for Defendant and Third-Party Plaintiff
   RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation, <br><br> Defendant. | CASE NO. 3:15-cv-03969-SI <br><br> Complaint filed on August 31, 2015 <br><br> **JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER** |
| RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> FLEMING & ASSOCIATES, a business entity of unknown form, a/k/a ED FLEMING COMPANY, a California corporation; SPECIALTY RISK SERVICES, LLC, a Delaware limited liability company; JT2 INTEGRATED RESOURCES, a California corporation; and DOES 1 through 50, inclusive. <br><br> Third-Party Defendants. | |

1

**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION;
[PROPOSED] ORDER**

| | |
|---|---|
| 1<br>2 | JT2 INTEGRATED RESOURCES, a California corporation, |
| 3 | Counter-Claimant,<br>vs. |
| 4<br>5<br>6<br>7<br>8<br>9 | RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation; FLEMING & ASSOCIATES, a business entity of unknown form, a/k/a ED FLEMING COMPANY, a California corporation; SPECIALTY RISK SERVICES, LLC, a Delaware limited liability company,<br><br>Counter-Defendants. |
| 10<br>11 | ED FLEMING COMPANY, a California corporation, |
| 12 | Counter-Claimant,<br>vs. |
| 13<br>14<br>15<br>16<br>17 | RECOLOGY, INC., f/k/a NORCAL WASTE SYSTEMS, INC., a California corporation; SPECIALTY RISK SERVICES, LLC, a Delaware limited liability company; JT2 INTEGRATED RESOURCES, a California corporation,<br><br>Counter-Defendants. |

WHEREAS, on August 31, 2015, plaintiff Continental Casualty Company filed its Complaint against Recology, Inc. fka Norcal Waste Systems, Inc. ("Recology") (Docket #1), and its First Amended Complaint on November 9, 2015 (Docket #25).

WHEREAS, on November 30, 2015, defendant Recology filed its Third-Party Complaint against Fleming & Associates a/k/a Ed Fleming Company ("Fleming"), Specialty Risk Services, LLC ("SRS"), and JT2 Integrated Resources ("JT2") (Docket #31).

WHEREAS, on December 18, 2015, third-party defendant JT2 filed its Counter-Claim against Recology, Fleming, and SRS (Docket #42-1).

WHEREAS, on January 15, 2016, third-party defendant Fleming filed its

Counter-Claim and Cross-Claim against Recology, SRS, and JT2 (Docket #58-1).

NOW THEREFORE, all parties hereby agree to dismiss with prejudice each of their respective First Amended Complaint, Third-Party Complaint, Counter-Claims and/or Cross-Claims, and thereby dismiss the entire action.  All parties to bear their own respective attorneys' fees and costs.

Dated:  July 25, 2016                    CARROLL, BURDICK & McDONOUGH LLP


                                         By     /s/ Geoffrey David Godwin
                                            G. David Godwin
                                            Attorneys for
                                            CONTINENTAL CASUALTY COMPANY

Dated:  July 25, 2016                    ROXBOROUGH, POMERANCE, NYE
                                              & ADREANI, LLP


                                         By     /s/ Burton E. Falk
                                            Burton E. Falk
                                            Attorneys for
                                            RECOLOGY, INC. f/k/a NORCAL WASTE
                                            SYSTEMS, INC.

Dated:  July 25, 2016                    KRAFCHAK AND LINCH


                                         By     /s/ Kenderton Smith Lynch
                                            Kenderton Smith Lynch
                                            Attorneys for
                                            FLEMING & ASSOCIATES a/k/a ED
                                            FLEMING COMPANY


///

///

**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION;
[PROPOSED] ORDER**

| | | |
|---|---|---|
| Dated: July 25, 2016 | | MELINDA GUZMAN PROFESSIONAL CORPORATION |
| | By | */s/ Melinda Moore* |
| | | Melinda Moore |
| | | Attorneys for |
| | | JT2 INTEGRATED SERVICES |
| Dated: July 25, 2016 | | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By | */s/ Justine Mary Casey* |
| | | Justine Mary Casey |
| | | Attorneys for |
| | | SPECIALTY RISK SERVICES, LLC |

**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER**

1 [~~PROPOSED~~] **ORDER**

2

3   Pursuant to the Stipulation of the parties, the above-entitled case is hereby
4 dismissed in its entirety with prejudice.  All parties will bear their own respective
5 attorneys' fees and costs.
6   IT IS SO ORDERED.

7

8 DATED: 7/26/16    _____
9                  The Honorable Susan Illston
                   United States District Judge

---

1

**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER**